UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES AGUILAR, an individual, and ROSALINDA SANCHEZ, an individual;<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation, THE HERTZ CORPORATION, a Florida corporation, and DOES 1-30, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-00051-JAM-KJN<br><br>ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br><br>Judge:    Hon. John A. Mendez<br>Ctrm:    6<br>Trial Date: May 8, 2017 |

On September 7, 2016, plaintiffs ANDRES AGUILAR and ROSALINDA SANCHEZ along with defendants FORD MOTOR COMPANY and THE HERTZ CORPORATION, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

///

///

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.
2. The Court shall retain jurisdiction to enforce the settlement.

Dated:  September 7, 2016

                                  **/s/ JOHN A. MENDEZ**_____
                                  JOHN A. MENDEZ
                                  United States District Court Judge
                                  Eastern District of California